FILED
SEP 17 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

v.

[redacted]
JOSE MANUEL YEPEZ JR.,
also known as "Nephew,"
[redacted]
MARISOL ORDAZ BUENROSTRO,
MICAELA AXXXXXXX RIVERA,
FELIPE RAMIREZ ALVIZU,
[redacted]
JENNIFER MARES FLORES,
LILIANA HERNANDEZ VAZQUEZ, also known as, Liliana Hernandez Garcia,
GEORGINA KASANDRA HERNANDEZ VAZQUEZ, and
YURELI ALONDRA HERNANDEZ VAZQUEZ,

Defendants.

Criminal No. 4:26-cr-118

INDICTMENT

T. 18 U.S.C. § 2
T. 18 U.S.C. § 1956(a)(1)(B)(i)
T. 18 U.S.C. § 1956(h)
T. 21 U.S.C. § 841(a)(1)
T. 21 U.S.C. § 841(b)(1)(A)
T. 21 U.S.C. § 846
T. 21 U.S.C. § 851

On 9/22/2026 Judge Kelly ordered the Indictment to be amended to reflect Defendant's true and correct name of MICAELA A. RIVERA.

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least February 17, 2026, and continuing until September 16, 2026, in the Southern District of Iowa and elsewhere, the defendants,

[redacted]
JOSE MANUEL YEPEZ JR., also known as "Nephew,"
[redacted]
MARISOL ORDAZ BUENROSTRO,

A.
MICAELA XXXXXXXX RIVERA,
FELIPE RAMIREZ ALVIZU,
[redacted] and
JENNIFER MARES FLORES,

conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Distribution of a Controlled Substance)**

On or about February 17, 2026, in the Southern District of Iowa, the defendants, [redacted], and JOSE MANUEL YEPEZ JR., also known as "Nephew," knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Distribution of a Controlled Substance)**

On or about April 14, 2026, in the Southern District of Iowa, the defendants,

[redacted]

and [redacted] knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Distribution of a Controlled Substance)**

On or about June 5, 2026, in the Southern District of Iowa, the defendants,

JOSE MANUEL YEPEZ JR., also known as "Nephew,"
FELIPE RAMIREZ ALVIZU, and
[redacted]

knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Distribution of a Controlled Substance)**

On or about August 5, 2026, in the Southern District of Iowa, the defendants,

[redacted]

and MARISOL ORDAZ BUENROSTRO, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about August 10, 2026, in the Southern District of Iowa, the defendants,

[redacted]
MARISOL ORDAZ BUENROSTRO, and
JENNIFER MARES FLORES,

knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about August 15, 2026, in the Southern District of Iowa, the defendants, [redacted] and MICAELA A. ~~XXXXXXX~~ RIVERA, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 8**
**(Distribution of a Controlled Substance)**

On or about August 19, 2026, in the Southern District of Iowa, the defendants, [redacted] and MARISOL ORDAZ BUENROSTRO, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 9**
**(Conspiracy to Engage in Money Laundering)**

From an unknown date, but by at least June 28, 2022, and continuing until September 16, 2026, in the Southern District of Iowa and elsewhere, the defendants,

[redacted]

LILIANA HERNANDEZ VAZQUEZ, also known as, Liliana Hernandez Garcia,
GEORGINA KASANDRA HERNANDEZ VAZQUEZ, and
YURELI ALONDRA HERNANDEZ VAZQUEZ,

did knowingly combine, conspire, confederate, and agree together and with others, both known and unknown to the Grand Jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce that involved the proceeds of specified unlawful activity, that is, conspiracy to distribute a controlled substance and distribution of a controlled substance, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of that specified unlawful activity.

This is a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), 1956(h), and 2.

**THE GRAND JURY FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offenses charged in Count 1, 2, 3, 5, 6, 7, and 8 of this Indictment, the defendant, [redacted] was convicted of a controlled substance violation, in violation of Iowa Code Section 124.401(1)(B), in the Iowa District Court for Polk County, [redacted], a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offenses charged in Count 1 and 6 of this Indictment, the defendant, JENNIFER MARES FLORES, was convicted of conspiracy to distribute methamphetamine, in violation of United States Code Sections 841(a)(1), 841(b)(1)(C), and 846, in the United States District Court for the Northern District of Iowa, case number 6:15-cr-02037, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

**A TRUE BILL.**

FOREPERSON

David C. Waterman
United States Attorney

By: [signature]
MacKenzie Benson Tubbs
Assistant United States Attorney